**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7125**

———————

LESTER BARNETT, JR.,

                                        Plaintiff - Appellant,

        versus

JAMES M. JOHNSON,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Graham C. Mullen, Chief District Judge.  (CA-01-298-1-1-MU)

———————

Submitted:  September 19, 2002      Decided:  September 30, 2002

———————

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Lester Barnett, Jr., Appellant Pro Se.  James Philip Allen, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lester Barnett, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Barnett v. Johnson, No. CA-01-298-1-1-MU (W.D.N.C. July 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED